IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Michael J. Szudarek, | ) | |
| *Debtor* | ) | Case No. 21-21330 CMB |
| | ) | Chapter 13 |
| Michael J. Szudarek, | ) | |
| *Movant* | ) | Document No.     11 |
| | ) | |
| No Respondents | ) | |

## ORDER OF COURT

AND NOW, to wit, this ___21st___ day of____June_____, 2021, it is hereby

ORDERED, ADJUDGED and DECREED, that the debtor, Michael J. Szudarek, is

hereby granted an extension until July 9, 2021 to file a completed Chapter 13 petition

and plan.

FURTHER ORDERED:

FILED
6/21/21 11:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_ dmk
_____
Honorable Carlota M. Bohm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21330-CMB |
| Michael J. Szudarek | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 1 of 3 |
| Date Rcvd: Jun 22, 2021 | Form ID: pdf900 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael J. Szudarek, 4523 Zane Place, Pittsburgh, PA 15214-1330 |
| cr | + | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 15382243 | | Alltran, PO Box 722929, Houston, TX 77272-2929 |
| 15382244 | + | American Express Corporation, Attn Bankruptcy Dept, Po Box 981540, El Paso, TX 79998-1540 |
| 15382245 | + | American Express Corporation, Po Box 981531, El Paso, TX 79998-1531 |
| 15382246 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15382247 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 15382248 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15382258 | | David J. Apothaker, Esq., Apothaker & Apothaker, 520 Fellowship Road, Suite C-306, Po Box 5496, Mount Laurel, NJ 08054-5496 |
| 15382261 | + | First National Bank of Omaha, Attn Bankruptcy Dept, Po Box 3128, Omaha, NE 68103-0128 |
| 15382263 | + | First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103-0128 |
| 15382266 | | Nationwide Credit Inc., Po Box 15130, Wilmington, DE 19850-5130 |
| 15382282 | + | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15382281 | + | Target, c/o TD Bank, Po Box 673, Minneapolis, MN 55440-0673 |
| 15382285 | + | Waste Management Company, c/o Receivable Management Services LLC, Po Box 19646, Minneapolis, MN 55419-0646 |
| 15382286 | + | Waste Management Company, 2625 W. Grandview Road, Phoenix, AZ 85023-3109 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jun 22 2021 23:46:52 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jun 22 2021 23:39:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 22 2021 23:45:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15382249 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 22 2021 23:45:51 | Capital One, Attn. Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15382251 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 22 2021 23:46:21 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15382254 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Jun 22 2021 23:46:25 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15382253 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Jun 22 2021 23:46:24 | Capital One Auto Finance, Attn Bankruptcy Dept., Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15382256 | + | Email/Text: bankruptcy@cavps.com | Jun 22 2021 23:38:00 | CitiBank, c/o Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15382257 | + | Email/Text: bankruptcy@sw-credit.com | | |

District/off: 0315-2                              User: aala                                        Page 2 of 3

Date Rcvd: Jun 22, 2021                           Form ID: pdf900                                   Total Noticed: 46

|  |  |  |
|---|---|---|
|  | Jun 22 2021 23:38:00 | Comcast, c/o Southwest Credit Systems, 4120 International Parkway, #100, Carrollton, TX 75007-1957 |
| 15385441 + Email/Text: mrdiscen@discover.com | Jun 22 2021 23:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 15382260 + Email/Text: mrdiscen@discover.com | Jun 22 2021 23:38:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15382259 + Email/Text: mrdiscen@discover.com | Jun 22 2021 23:38:00 | Discover Financial, Attn Bankruptcy Dept, Po Box 3025, New Albany, OH 43054-3025 |
| 15382255   Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 22 2021 23:46:51 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15382265   Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 22 2021 23:45:51 | JP Morgan Chase Bank, c/o Bankruptcy Dept, Po Box 15298, Wilmington, DE 19850 |
| 15382268 + Email/Text: bankruptcyteam@quickenloans.com | Jun 22 2021 23:38:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15382267 + Email/Text: bankruptcyteam@quickenloans.com | Jun 22 2021 23:38:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15382269 + Email/Text: bankruptcy@sw-credit.com | Jun 22 2021 23:38:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 15382270 + Email/Text: bankruptcy@sw-credit.com | Jun 22 2021 23:38:00 | Southwest Credit Systems, 4120 International Parkway #100, Carrollton, TX 75007-1958 |
| 15382271 + Email/PDF: gecsedi@recoverycorp.com | Jun 22 2021 23:45:48 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15382272 + Email/PDF: gecsedi@recoverycorp.com | Jun 22 2021 23:46:50 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15382830 + Email/PDF: gecsedi@recoverycorp.com | Jun 22 2021 23:45:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15382274 + Email/PDF: gecsedi@recoverycorp.com | Jun 22 2021 23:46:19 | Synchrony Bank - JC Penney, Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15382275 + Email/PDF: gecsedi@recoverycorp.com | Jun 22 2021 23:45:48 | Synchrony Bank - Paypal Credit, Po Box 965060, Orlando, FL 32896-5060 |
| 15382276 + Email/PDF: gecsedi@recoverycorp.com | Jun 22 2021 23:45:48 | Synchrony Bank - Sam's Club, Attn Bankruptcy Dept., Po Box 965060, Orlando, FL 32896-5060 |
| 15382278 + Email/PDF: gecsedi@recoverycorp.com | Jun 22 2021 23:45:49 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15382277 + Email/PDF: gecsedi@recoverycorp.com | Jun 22 2021 23:45:48 | Synchrony Bank/Amazon, Attn Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15382279 + Email/PDF: gecsedi@recoverycorp.com | Jun 22 2021 23:45:48 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15382280 + Email/PDF: gecsedi@recoverycorp.com | Jun 22 2021 23:45:48 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15382283   Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 22 2021 23:38:00 | US Bank/RMS CC, Attn Bankruptcy Dept, Po Box 5229, Cincinnati, OH 45201 |
| 15382284   Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 22 2021 23:38:00 | US Bank/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0315-2 | User: aala | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 22, 2021 | Form ID: pdf900 | Total Noticed: 46 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans, LLC |
| 15382250 | *+ | Capital One, Attn Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15382252 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15382264 | *+ | First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103-0128 |
| 15382262 | *+ | First National Bank of Omaha, Attn Bankruptcy Dept, P.o. Box 3128, Omaha, NE 68103-0128 |
| 15382273 | *+ | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2021                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kenneth Steidl | on behalf of Debtor Michael J. Szudarek julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5