**PAWB FORM 30  (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Michael J. Szudarek, | ) | Case No. 21-21330 CMB |
|     Debtor(s) | ) | Chapter 13 |
| | ) | |
| Michael J. Szudarek, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Kenneth Steidl, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

Cavalry SPV I LLC
500 Summit Lake Drive
Suite 400
Valhalla, NY 10595

David J. Apothaker, Esq.
Apothaker Scian PC
520 Fellowship Road, Suite C-306
Po Box 5496
Mount Laurel, NJ 08054-5496

Discover Financial
Attn Bankruptcy Dept
Po Box 3025
New Albany, OH 43054

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

PA Department of Revenue
Bankruptcy Division, PO Box 280946
Harrisburg, PA 17128-0946

Patenaude & Felix, A.P.C
501 Corporate Drive
Southpointe Center, Suite 205
Canonsburg, PA 15317

Target
c/o TD Bank
Po Box 673
Minneapolis, MN 55440

Target
c/o Financial & Retail Srvs
Mailstop BT POB 9475
Minneapolis, MN 55440

Weltman, Weinberg & Reis Co., LPA
436 7TH Ave., Ste 2500
Pittsburgh, PA 15219-1842


Date: July 26, 2021              /s/ Kenneth Steidl
                                 Kenneth Steidl, Esquire
                                 Attorney for the Debtor(s)

                                 STEIDL & STEINBERG
                                 Suite 2830 – Gulf Tower
                                 707 Grant Street
                                 Pittsburgh, PA  15219
                                 (412) 391-8000
                                 ken.steidl@steidl-steinberg.com
                                 PA I.D. No.34965