# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 21-21330 |
| Michael J. Szudarek, ) | Chapter 13 |
| *Debtor* ) | |
| ) | Docket No. |
| Michael J. Szudarek, ) | |
| *Movant* ) | |
| ) | Related Trustee Certificate of Default |
| ) | at Doc No. 35, and Order requiring |
| Vs. ) | response at Doc No. 36 |
| ) | |
| Ronda Winnecour, Trustee, ) | |
| *Respondents* ) | |

## NOTICE OF PROPOSAL TO CURE PLAN DEFAULTS

1. Debtor proposes to cure the plan default as pleased in the Trustee's Certificate of Default.

2. The cure shall be effected as follows: The debtor has paid to the Chapter 13 Trustee the sum of $17,300.00, which is the exact amount the Trustee needed to receive to bring this plan fully current.

3. All Objections to the proposed cure must be filed and served by no later than 21 days after the date of this Notice upon the debtor and Chapter 13 Trustee. Untimely Objections will not be considered. Any creditor who files a timely Objection to the cure must appear at the scheduled Conciliation Conference on the proposed cure.

4. A virtual (Zoom) Conciliation Conference on the proposed cure will be held on __ Thursday, May 26, 2022 at 9: 30 a.m. before the Chapter 13 Trustee. The table and meeting I.D., to participate by Zoom (and telephone number and meeting I.D. to participate by telephone if you lack the ability to participate by Zoom), can be found at http://www/ch13pitt.com/calendar/ several days before the meeting. Parties are expected to familiarize themselves with the Trustee's website at http://www/ch13pitt.com/ and to comply with the procedures set forth at that site for conference participation.

Respectfully submitted, this 18th day of April, 2022.

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No.  34965
Ken.Steidl@steidl-steingberg.com