IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 21-21330 CMB |
| Michael J. Szudarek, ) | Chapter 13 |
| *Debtor* ) | |
| ) | Related to Docket No. 39 & 41 |
| Michael J. Szudarek, ) | |
| *Movant* ) | |
| ) | |
| Vs. ) | |
| ) | |
| *No Respondents* ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on April 20, 2022, a true and correct copy of the *Order Scheduling Dates for Response and Zoom Hearing on Motion and Motion to Vacate Order of Court dated April 11, 2022 Dismissing Debtor's Chapter 13 Bankruptcy Case* was caused to be served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties on the attached mailing matrix.

**Served by CM/ECF:** Ronda J. Winnecour, Trustee

Date of Service: <u>April 20, 2022</u>　　　　　<u>/s/ Kenneth Steidl</u>
　　　　　　　　　　　　　　　　　　　　Kenneth Steidl, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor
　　　　　　　　　　　　　　　　　　　　STEIDL & STEINBERG
　　　　　　　　　　　　　　　　　　　　2830 Gulf Tower - 707 Grant Street
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　(412) 391-8000 ken.steidl@steidl-steinberg.com
　　　　　　　　　　　　　　　　　　　　PA I.D. No. 34965