IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 21-21330 CMB |
| Michael J. Szudarek, ) | Chapter 13 |
| *Debtor* ) | |
| ) | Related to Docket No. 39 & 41 |
| Michael J. Szudarek, ) | |
| *Movant* ) | |
| ) | |
| Vs. ) | |
| ) | |
| *No Respondents* ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on April 20, 2022, a true and correct copy of the *Order Scheduling Dates for Response and Zoom Hearing on Motion and Motion to Vacate Order of Court dated April 11, 2022 Dismissing Debtor's Chapter 13 Bankruptcy Case* was caused to be served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties on the attached mailing matrix.

**Served by CM/ECF:** Ronda J. Winnecour, Trustee

Date of Service: <u>April 20, 2022</u>       /s/ Kenneth Steidl
                                              Kenneth Steidl, Esquire
                                              Attorney for the Debtor
                                              STEIDL & STEINBERG
                                              2830 Gulf Tower - 707 Grant Street
                                              Pittsburgh, PA 15219
                                              (412) 391-8000 ken.steidl@steidl-steinberg.com
                                              PA I.D. No. 34965

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 21-21330-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon Apr 25 08:30:29 EDT 2022 | AMEX FRS Co. Inc<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Alltran<br>PO Box 722929<br>Houston, TX 77272-2929 |
| American Express Corporation<br>Attn Bankruptcy Dept<br>Po Box 981540<br>El Paso, TX 79998-1540 | American Express Corporation<br>Po Box 981531<br>El Paso, TX 79998-1531 | American Express National Bank c/o Zwicker &<br>80 Minuteman Road<br>P.O. Box 9043<br>Andover, MA 01810-0943 |
| American Express National Bank, AENB<br>c/o Zwicker and Associates, P.C.<br>Attorneys/Agents for Creditor<br>P.O. Box 9043<br>Andover, MA 01810-0943 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Bank of America<br>4909 Savarese Circle<br>Fl1-908-01-50<br>Tampa, FL 33634-2413 |
| Bank of America<br>Po Box 982238<br>El Paso, TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Brickhouse OpCo I LLC<br>4053 Maple Road Suite 122<br>Amherst, NY 14226-1058 |
| Capital One<br>Attn Bankruptcy Dept<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance<br>Attn Bankruptcy Dept.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Auto Finance<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance, a division of Capi<br>P.O. Box 4360<br>Houston, TX 77210-4360 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Cavalry SPV I LLC<br>500 Summit Lake Drive<br>Suite 400<br>Valhalla, NY 10595-2321 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| CitiBank<br>c/o Cavalry Portfolio Services<br>500 Summit Lake Drive<br>Suite 400<br>Valhalla, NY 10595-2321 | Comcast<br>c/o Southwest Credit Systems<br>4120 International Parkway<br>#100<br>Carrollton, TX 75007-1957 | David J. Apothaker, Esq.<br>Apothaker & Apothaker<br>520 Fellowship Road, Suite C-306<br>Po Box 5496<br>Mount Laurel, NJ 08054-5496 |
| David J. Apothaker, Esq.<br>Apothaker Scian PC<br>520 Fellowship Road, Suite C-306<br>Po Box 5496<br>Mount Laurel, NJ 08054-5496 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany Ohio 43054-3025 | Discover Financial<br>Attn Bankruptcy Dept<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | Keri P. Ebeck<br>Bernstein-Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 |

```
(p)FIRST NATIONAL BANK OF OMAHA        Jeffrey R. Hunt                         JPMorgan Chase Bank, N.A.
1620 DODGE ST                          GRB Law                                 s/b/m/t Chase Bank USA, N.A.
STOP CODE 3129                         525 William Penn Place                  c/o Robertson, Anschutz & Schneid, P.L.
OMAHA NE 68102-1593                    Suite 3110                              6409 Congress Avenue, Suite 100
                                       Pittsburgh, PA 15219-1753               Boca Raton, FL 33487-2853


(p)JEFFERSON CAPITAL SYSTEMS LLC       Maria Miksich                           Nationwide Credit Inc.
PO BOX 7999                            KML Law Group, P.C.                     Po Box 15130
SAINT CLOUD MN 56302-7999              701 Market Street                       Wilmington, DE 19850-5130
                                       Suite 5000
                                       Philadelphia, PA 19106-1541


Brian Nicholas                         Office of the United States Trustee     PA Department of Revenue
KML Law Group, P.C.                    Liberty Center.                         Bankruptcy Division, PO Box 280946
701 Market Street                      1001 Liberty Avenue, Suite 970          Harrisburg, PA 17128-0946
Suite 5000                             Pittsburgh, PA 15222-3721
Philadelphia, PA 19106-1541


PRA Receivables Management, LLC        Patenaude & Felix, A.P.C                Pennsylvania Department of Revenue
PO Box 41021                           501 Corporate Drive                     Bankruptcy Division
Norfolk, VA 23541-1021                 Southpointe Center, Suite 205           P.O. Box 280946
                                       Canonsburg, PA 15317-8584               Harrisburg, PA 17128-0946


Pennsylvania Dept. of Revenue          (p)PORTFOLIO RECOVERY ASSOCIATES LLC    Quicken Loans
Department 280946                      PO BOX 41067                            1050 Woodward Ave
P.O. Box 280946                        NORFOLK VA 23541-1067                   Detroit, MI 48226-3573
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946


Quicken Loans                          Quicken Loans, LLC                      Ross Township
Attn: Bankruptcy                       635 Woodward Avenue                     Goehring, Rutter, and Boehm
1050 Woodward Avenue                   Detroit MI 48226-3408                   437 Grant Street, 14th Floor
Detroit, MI 48226-3573                                                         Frick Building
                                                                               Frick Building
                                                                               Pittsburgh, PA 15219-6101

Ross Township                          Southwest Credit Systems                Southwest Credit Systems
GRB Law                                4120 International Parkway              4120 International Parkway #100
c/o Jeffrey R. Hunt, Esquire           Carrollton, TX 75007-1958               Carrollton, TX 75007-1958
437 Grant Street, 14th Floor
Frick Building
Pittsburgh PA 15219-6101

Kenneth Steidl                         Syncb/PPC                               Synchrony Bank
Steidl & Steinberg                     Attn: Bankruptcy                        Attn: Bankruptcy
Suite 2830 Gulf Tower                  Po Box 965060                           Po Box 965060
707 Grant Street                       Orlando, FL 32896-5060                  Orlando, FL 32896-5060
Pittsburgh, PA 15219-1908


Synchrony Bank                         Synchrony Bank                          Synchrony Bank - JC Penney
c/o PRA Receivables Management, LLC    c/o of PRA Receivables Management, LLC  Bankruptcy Dept
PO Box 41021                           PO Box 41021                            Po Box 965060
Norfolk VA 23541-1021                  Norfolk, VA 23541-1021                  Orlando, FL 32896-5060


Synchrony Bank - Paypal Credit         Synchrony Bank - Sam's Club             Synchrony Bank/Amazon
Po Box 965060                          Attn Bankruptcy Dept.                   Attn Bankruptcy Dept
Orlando, FL 32896-5060                 Po Box 965060                           Po Box 965060
                                       Orlando, FL 32896-5060                  Orlando, FL 32896-5060
```

| | | |
|---|---|---|
| Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Sams Club<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Sams Club<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Michael J. Szudarek<br>4523 Zane Place<br>Pittsburgh, PA 15214-1330 | Target<br>c/o Financial & Retail Srvs<br>Mailstop BT POB 9475<br>Minneapolis, MN 55440-9475 | Target<br>c/o TD Bank<br>Po Box 673<br>Minneapolis, MN 55440-0673 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Waste Management Company<br>2625 W. Grandview Road<br>Phoenix, AZ 85023-3109 | Waste Management Company<br>c/o Receivable Management Services LLC<br>Po Box 19646<br>Minneapolis, MN 55419-0646 |
| Weltman, Weinberg & Reis Co., LPA<br>436 7TH Ave., Ste 2500<br>Pittsburgh, PA 15219-1842 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | First National Bank of Omaha<br>Attn Bankruptcy Dept<br>P.o. Box 3128<br>Omaha, NE 68103 | (d)First National Bank of Omaha<br>Attn Bankruptcy Dept<br>Po Box 3128<br>Omaha, NE 68103 |
| (d)First National Bank of Omaha<br>Attn: Bankruptcy<br>Po Box 3128<br>Omaha, NE 68103 | (d)JP Morgan Chase Bank<br>c/o Bankruptcy Dept<br>Po Box 15298<br>Wilmington, DE 19850 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | (d)US Bank/RMS CC<br>Attn Bankruptcy Dept<br>Po Box 5229<br>Cincinnati, OH 45201 |
| (d)US Bank/RMS CC<br>Attn: Bankruptcy<br>Po Box 5229<br>Cincinnati, OH 45201 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Capital One<br>Attn. Bankruptcy Dept<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | (d)Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| (d)Pennsylvania Department of Revenue<br>Bankruptcy Division, PO Box 280946<br>Harrisburg PA 17128-0946 | (u)Quicken Loans, LLC | (u)Rocket Mortgage, LLC f/k/a Quicken Loans, |

End of Label Matrix
Mailable recipients    70
Bypassed recipients     6
Total                  76