IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Michael J. Szudarek,
*Debtor*

Michael J. Szudarek,
*Movant*

Vs.

Synchrony Bank, AIS Portfolio Services, American Express, Capital One Auto Finance, Cavalry SPV, Quicken Loans, Township of Ross Sewage, PA Dept. of Revenue, Bank of America, Capital One Bank, Southwest Credit Systems, Discover Card, Brickhouse OPCO, JP Morgan Chase Bank, Portfolio Recovery, Jefferson Capital Systems, Target, US Bank, Waste Management, Altran Financial, Duquesne Light Co., and Ronda Winnecour, Trustee,
*Respondents*

Case No. 21-21330
Chapter 13

Docket No. 39

**ORDER OF COURT**

AND NOW, to wit, this 9th day of May, 2022, it is hereby ORDERED, ADJUDGED, and DECREED that the Order of Court dated April 11, 2022 dismissing the Chapter 13 case of Michael J. Szudarek is hereby vacated. This case shall proceed as an open, active Chapter 13 bankruptcy case.

Carlota M. Böhm dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
5/9/22 2:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-21330-CMB

Michael J. Szudarek Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 5

Date Rcvd: May 09, 2022 Form ID: pdf900 Total Noticed: 66

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael J. Szudarek, 4523 Zane Place, Pittsburgh, PA 15214-1330 |
| 15382243 | | Alltran, PO Box 722929, Houston, TX 77272-2929 |
| 15382258 | | David J. Apothaker, Esq., Apothaker & Apothaker, 520 Fellowship Road, Suite C-306, Po Box 5496, Mount Laurel, NJ 08054-5496 |
| 15397081 | | David J. Apothaker, Esq., Apothaker Scian PC, 520 Fellowship Road, Suite C-306, Po Box 5496, Mount Laurel, NJ 08054-5496 |
| 15382261 | ++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3129, OMAHA NE 68102-1593 address filed with court:, First National Bank of Omaha, Attn Bankruptcy Dept, Po Box 3128, Omaha, NE 68103 |
| 15382263 | ++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3129, OMAHA NE 68102-1593 address filed with court:, First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 15382285 | + | Waste Management Company, c/o Receivable Management Services LLC, Po Box 19646, Minneapolis, MN 55419-0646 |
| 15382286 | + | Waste Management Company, 2625 W. Grandview Road, Phoenix, AZ 85023-3109 |
| 15397088 | | Weltman, Weinberg & Reis Co., LPA, 436 7TH Ave., Ste 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | May 09 2022 23:48:00 | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 09 2022 23:50:27 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 09 2022 23:50:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnjts@grblaw.com | May 09 2022 23:48:00 | Ross Township, 437 Grant Street, 14th Floor, Frick Building, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 15393883 | | Email/PDF: bncnotices@becket-lee.com | May 09 2022 23:50:32 | AMEX TRS Co., Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15382244 | + | Email/PDF: bncnotices@becket-lee.com | May 09 2022 23:50:31 | American Express Corporation, Attn Bankruptcy Dept, Po Box 981540, El Paso, TX 79998-1540 |
| 15382245 | + | Email/PDF: bncnotices@becket-lee.com | May 09 2022 23:50:27 | American Express Corporation, Po Box 981531, El Paso, TX 79998-1531 |
| 15387226 | + | Email/Text: bkfilings@zwickerpc.com | May 09 2022 23:48:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 15382246 | + | Email/PDF: bncnotices@becket-lee.com | May 09 2022 23:50:28 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15382247 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 09 2022 23:48:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15382248 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |

| | | | |
|---|---|---|---|
| | | May 09 2022 23:48:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15389257 | + Email/Text: mortgagebkcorrespondence@bofa.com | May 09 2022 23:48:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15397726 | + Email/Text: alexis@multisourcellc.com | May 09 2022 23:48:00 | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 15382249 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 09 2022 23:50:26 | Capital One, Attn. Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15382251 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 09 2022 23:50:31 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15382254 | + Email/PDF: acg.coaf.ebn@aisinfo.com | May 09 2022 23:50:28 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15382253 | + Email/PDF: acg.coaf.ebn@aisinfo.com | May 09 2022 23:50:28 | Capital One Auto Finance, Attn Bankruptcy Dept., Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15398059 | + Email/PDF: acg.acg.ebn@aisinfo.com | May 09 2022 23:50:31 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15388366 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 09 2022 23:50:21 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15394883 | + Email/Text: bankruptcy@cavps.com | May 09 2022 23:48:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15382256 | + Email/Text: bankruptcy@cavps.com | May 09 2022 23:48:00 | CitiBank, c/o Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15382257 | + Email/Text: bankruptcy@sw-credit.com | May 09 2022 23:48:00 | Comcast, c/o Southwest Credit Systems, 4120 International Parkway, #100, Carrollton, TX 75007-1957 |
| 15385441 | + Email/Text: mrdiscen@discover.com | May 09 2022 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 15382260 | + Email/Text: mrdiscen@discover.com | May 09 2022 23:48:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15382259 | + Email/Text: mrdiscen@discover.com | May 09 2022 23:48:00 | Discover Financial, Attn Bankruptcy Dept, Po Box 3025, New Albany, OH 43054-3025 |
| 15401651 | + Email/Text: kburkley@bernsteinlaw.com | May 09 2022 23:48:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15382261 | Email/Text: collecadminbankruptcy@fnni.com | May 09 2022 23:48:00 | First National Bank of Omaha, Attn Bankruptcy Dept, Po Box 3128, Omaha, NE 68103 |
| 15382263 | Email/Text: collecadminbankruptcy@fnni.com | May 09 2022 23:48:00 | First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 15396482 | Email/Text: JCAP_BNC_Notices@jcap.com | May 09 2022 23:48:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15382255 | Email/PDF: ais.chase.ebn@aisinfo.com | May 09 2022 23:50:26 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15382265 | Email/PDF: ais.chase.ebn@aisinfo.com | May 09 2022 23:50:31 | JP Morgan Chase Bank, c/o Bankruptcy Dept, Po Box 15298, Wilmington, DE 19850 |
| 15394848 | + Email/Text: RASEBN@raslg.com | May 09 2022 23:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15382266 | Email/Text: bankruptcydepartment@tsico.com | May 09 2022 23:48:00 | Nationwide Credit Inc., Po Box 15130, Wilmington, DE 19850-5130 |
| 15397084 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 09 2022 23:48:00 | PA Department of Revenue, Bankruptcy Division, |

| | | | | PO Box 280946, Harrisburg, PA 17128-0946 |
|---|---|---|---|---|
| 15402375 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 09 2022 23:50:32 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15397085 | + | Email/Text: paparalegals@pandf.us | May 09 2022 23:48:00 | Patenaude & Felix, A.P.C, 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 15390796 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 09 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15382268 | + | Email/Text: bankruptcyteam@quickenloans.com | May 09 2022 23:48:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15382267 | + | Email/Text: bankruptcyteam@quickenloans.com | May 09 2022 23:48:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15391451 | + | Email/Text: bankruptcyteam@quickenloans.com | May 09 2022 23:48:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15406591 | + | Email/Text: ebnjts@grblaw.com | May 09 2022 23:48:00 | Ross Township, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15382269 | + | Email/Text: bankruptcy@sw-credit.com | May 09 2022 23:48:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 15382270 | + | Email/Text: bankruptcy@sw-credit.com | May 09 2022 23:48:00 | Southwest Credit Systems, 4120 International Parkway #100, Carrollton, TX 75007-1958 |
| 15382271 | + | Email/PDF: gecsedi@recoverycorp.com | May 09 2022 23:50:22 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15398055 | + | Email/PDF: gecsedi@recoverycorp.com | May 09 2022 23:50:22 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15382272 | + | Email/PDF: gecsedi@recoverycorp.com | May 09 2022 23:50:27 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15382830 | + | Email/PDF: gecsedi@recoverycorp.com | May 09 2022 23:50:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15382274 | + | Email/PDF: gecsedi@recoverycorp.com | May 09 2022 23:50:27 | Synchrony Bank - JC Penney, Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15382275 | + | Email/PDF: gecsedi@recoverycorp.com | May 09 2022 23:50:31 | Synchrony Bank - Paypal Credit, Po Box 965060, Orlando, FL 32896-5060 |
| 15382276 | + | Email/PDF: gecsedi@recoverycorp.com | May 09 2022 23:50:31 | Synchrony Bank - Sam's Club, Attn Bankruptcy Dept., Po Box 965060, Orlando, FL 32896-5060 |
| 15382278 | + | Email/PDF: gecsedi@recoverycorp.com | May 09 2022 23:50:23 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15382277 | + | Email/PDF: gecsedi@recoverycorp.com | May 09 2022 23:50:22 | Synchrony Bank/Amazon, Attn Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15382279 | + | Email/PDF: gecsedi@recoverycorp.com | May 09 2022 23:50:32 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15382280 | + | Email/PDF: gecsedi@recoverycorp.com | May 09 2022 23:50:27 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15382281 | + | Email/Text: bncmail@w-legal.com | May 09 2022 23:48:00 | Target, c/o TD Bank, Po Box 673, Minneapolis, MN 55440-0673 |
| 15382282 | + | Email/Text: bncmail@w-legal.com | May 09 2022 23:48:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15397486 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 09 2022 23:48:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

| | | | |
|---|---|---|---|
| 15382283 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 09 2022 23:48:00 | US Bank/RMS CC, Attn Bankruptcy Dept, Po Box 5229, Cincinnati, OH 45201 |
| 15382284 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 09 2022 23:48:00 | US Bank/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |

TOTAL: 59

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15382250 | *+ | Capital One, Attn Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15382252 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15397080 | *+ | Cavalry SPV I LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15397083 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15397082 | *+ | Discover Financial, Attn Bankruptcy Dept, Po Box 3025, New Albany, OH 43054-3025 |
| 15382262 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3129, OMAHA NE 68102-1593, address filed with court:, First National Bank of Omaha, Attn Bankruptcy Dept, P.o. Box 3128, Omaha, NE 68103 |
| 15382264 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3129, OMAHA NE 68102-1593, address filed with court:, First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 15382273 | *+ | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15397086 | *+ | Target, c/o TD Bank, Po Box 673, Minneapolis, MN 55440-0673 |
| 15397087 | *+ | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 2 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans LLC bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Ross Township jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Michael J. Szudarek julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | |

on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 7