**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Michael Szudarek** ) | |
| ) | **Case No. 21-21330-CMB** |
| ) | |
| ) | **Chapter 13** |
| **Debtor(s).** ) | |
| _____ X | |

**STIPULATED ORDER MODIFYING PLAN**

    **WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒    a motion to dismiss case or certificate of default requesting dismissal

☐    a plan modification sought by: _____

☐    a motion to lift stay
       as to creditor    _____

☐    Other:    _____

    **WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

    **IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated 7/19/21
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒    Debtor(s) Plan payments shall be changed from $ 2900 to $2944 per <u>month,</u> effective 6/22; and/or the Plan term shall be changed from ___ months to ____ months.  .

-1-

☐    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐    Debtor(s) shall file and serve _____ on or before _____.

☐    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒    Other:
- Trustee's Certificate of Default (at Doc 35) is treated as resolved by this Order.
- The claim of Ross Township Sewage CL. #21 governs.
- Debtor to provide documents showing the source of the aggregated of $17,300 lump sum payments posted between 3/30 and 4/1 within 30 days.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this ___31st___ day of ___May___, 202_2_

_____
United States Bankruptcy Judge    **dmk**

Stipulated by:                          Stipulated by:

/s/ Kenneth Steidl_____          /s/ Owen W. Katz
Counsel to Debtor                     Counsel to Chapter 13 Trustee


Stipulated by:


_____
Counsel to affected creditor                    FILED
                                                5/31/22 10:17 am
                                                CLERK
cc:   All Parties in Interest to be served by Clerk    U.S. BANKRUPTCY
                                                COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael J. Szudarek  
    Debtor

Case No. 21-21330-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 5  
Date Rcvd: May 31, 2022      Form ID: pdf900      Total Noticed: 66

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael J. Szudarek, 4523 Zane Place, Pittsburgh, PA 15214-1330 |
| 15382243 | | Alltran, PO Box 722929, Houston, TX 77272-2929 |
| 15382258 | | David J. Apothaker, Esq., Apothaker & Apothaker, 520 Fellowship Road, Suite C-306, Po Box 5496, Mount Laurel, NJ 08054-5496 |
| 15397081 | | David J. Apothaker, Esq., Apothaker Scian PC, 520 Fellowship Road, Suite C-306, Po Box 5496, Mount Laurel, NJ 08054-5496 |
| 15382285 | + | Waste Management Company, c/o Receivable Management Services LLC, Po Box 19646, Minneapolis, MN 55419-0646 |
| 15382286 | + | Waste Management Company, 2625 W. Grandview Road, Phoenix, AZ 85023-3109 |
| 15397088 | | Weltman, Weinberg & Reis Co., LPA, 436 7TH Ave., Ste 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Jun 01 2022 03:12:00 | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 01 2022 03:19:14 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 01 2022 03:19:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 01 2022 03:11:00 | Ross Township, 437 Grant Street, 14th Floor, Frick Building, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 15393883 | | Email/PDF: bncnotices@becket-lee.com | Jun 01 2022 03:19:14 | AMEX TRS Co., Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15382244 | + | Email/PDF: bncnotices@becket-lee.com | Jun 01 2022 03:19:11 | American Express Corporation, Attn Bankruptcy Dept, Po Box 981540, El Paso, TX 79998-1540 |
| 15382245 | + | Email/PDF: bncnotices@becket-lee.com | Jun 01 2022 03:19:11 | American Express Corporation, Po Box 981531, El Paso, TX 79998-1531 |
| 15387226 | + | Email/Text: bkfilings@zwickerpc.com | Jun 01 2022 03:12:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 15382246 | + | Email/PDF: bncnotices@becket-lee.com | Jun 01 2022 03:19:18 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15382247 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 01 2022 03:11:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15382248 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 01 2022 03:11:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15389257 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 01 2022 03:11:00 | Bank of America, N.A., P O Box 982284, El Paso, |

Case 21-21330-CMB    Doc 51    Filed 06/02/22    Entered 06/03/22 00:27:26    Desc Imaged
                               Certificate of Notice    Page 5 of 8

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: May 31, 2022 | Form ID: pdf900 | Total Noticed: 66 |

| | | | | |
|---|---|---|---|---|
| | | | | TX 79998-2284 |
| 15397726 | + | Email/Text: alexis@multisourcellc.com | | |
| | | | Jun 01 2022 03:11:00 | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 15382249 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jun 01 2022 03:19:14 | Capital One, Attn. Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15382251 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jun 01 2022 03:19:17 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15382254 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | | |
| | | | Jun 01 2022 03:19:14 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15382253 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | | |
| | | | Jun 01 2022 03:19:18 | Capital One Auto Finance, Attn Bankruptcy Dept., Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15398059 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Jun 01 2022 03:19:17 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15388366 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jun 01 2022 03:19:14 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15394883 | + | Email/Text: bankruptcy@cavps.com | | |
| | | | Jun 01 2022 03:12:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15382256 | + | Email/Text: bankruptcy@cavps.com | | |
| | | | Jun 01 2022 03:12:00 | CitiBank, c/o Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15382257 | + | Email/Text: bankruptcy@sw-credit.com | | |
| | | | Jun 01 2022 03:12:00 | Comcast, c/o Southwest Credit Systems, 4120 International Parkway, #100, Carrollton, TX 75007-1957 |
| 15385441 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Jun 01 2022 03:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 15382260 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Jun 01 2022 03:11:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15382259 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Jun 01 2022 03:11:00 | Discover Financial, Attn Bankruptcy Dept, Po Box 3025, New Albany, OH 43054-3025 |
| 15401651 | + | Email/Text: kburkley@bernsteinlaw.com | | |
| | | | Jun 01 2022 03:12:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15382261 | | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | | Jun 01 2022 03:11:00 | First National Bank of Omaha, Attn Bankruptcy Dept, Po Box 3128, Omaha, NE 68103 |
| 15382263 | | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | | Jun 01 2022 03:11:00 | First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 15396482 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Jun 01 2022 03:12:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15382255 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jun 01 2022 03:19:13 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15382265 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jun 01 2022 03:19:13 | JP Morgan Chase Bank, c/o Bankruptcy Dept, Po Box 15298, Wilmington, DE 19850 |
| 15394848 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Jun 01 2022 03:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15382266 | | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Jun 01 2022 03:12:00 | Nationwide Credit Inc., Po Box 15130, Wilmington, DE 19850-5130 |
| 15397084 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Jun 01 2022 03:11:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15402375 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jun 01 2022 03:19:14 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

Case 21-21330-CMB    Doc 51    Filed 06/02/22    Entered 06/03/22 00:27:26    Desc Imaged
Certificate of Notice    Page 6 of 8

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: May 31, 2022 | Form ID: pdf900 | Total Noticed: 66 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 15397085 | + | Email/Text: paparalegals@pandf.us | Jun 01 2022 03:12:00 | Patenaude & Felix, A.P.C, 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 15390796 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 01 2022 03:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15382268 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 01 2022 03:12:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15382267 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 01 2022 03:12:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15391451 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 01 2022 03:12:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15406591 | + | Email/Text: ebnjts@grblaw.com | Jun 01 2022 03:11:00 | Ross Township, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15382269 | + | Email/Text: bankruptcy@sw-credit.com | Jun 01 2022 03:12:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 15382270 | + | Email/Text: bankruptcy@sw-credit.com | Jun 01 2022 03:12:00 | Southwest Credit Systems, 4120 International Parkway #100, Carrollton, TX 75007-1958 |
| 15382271 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 01 2022 03:19:17 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15398055 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 01 2022 03:19:10 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15382272 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 01 2022 03:19:13 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15382830 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 01 2022 03:19:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15382274 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 01 2022 03:19:10 | Synchrony Bank - JC Penney, Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15382275 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 01 2022 03:19:10 | Synchrony Bank - Paypal Credit, Po Box 965060, Orlando, FL 32896-5060 |
| 15382276 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 01 2022 03:19:10 | Synchrony Bank - Sam's Club, Attn Bankruptcy Dept., Po Box 965060, Orlando, FL 32896-5060 |
| 15382278 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 01 2022 03:19:10 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15382277 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 01 2022 03:19:17 | Synchrony Bank/Amazon, Attn Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15382279 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 01 2022 03:19:10 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15382280 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 01 2022 03:19:14 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15382281 | + | Email/Text: bncmail@w-legal.com | Jun 01 2022 03:11:00 | Target, c/o TD Bank, Po Box 673, Minneapolis, MN 55440-0673 |
| 15382282 | + | Email/Text: bncmail@w-legal.com | Jun 01 2022 03:11:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15397486 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 01 2022 03:12:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15382283 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 01 2022 03:12:00 | US Bank/RMS CC, Attn Bankruptcy Dept, Po Box 5229, Cincinnati, OH 45201 |
| 15382284 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: May 31, 2022 | Form ID: pdf900 | Total Noticed: 66 |

| | Jun 01 2022 03:12:00 | US Bank/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
|---|---|---|

TOTAL: 59

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15382250 | *+ | Capital One, Attn Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15382252 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15397080 | *+ | Cavalry SPV I LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15397083 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15397082 | *+ | Discover Financial, Attn Bankruptcy Dept, Po Box 3025, New Albany, OH 43054-3025 |
| 15382262 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3129, OMAHA NE 68102-1593, address filed with court:, First National Bank of Omaha, Attn Bankruptcy Dept, P.o. Box 3128, Omaha, NE 68103 |
| 15382264 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3129, OMAHA NE 68102-1593, address filed with court:, First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 15382273 | *+ | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15397086 | *+ | Target, c/o TD Bank, Po Box 673, Minneapolis, MN 55440-0673 |
| 15397087 | *+ | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 2 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 02, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans LLC bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Ross Township jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Michael J. Szudarek julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 User: auto Page 5 of 5
Date Rcvd: May 31, 2022 Form ID: pdf900 Total Noticed: 66

Ronda J. Winnecour
                       cmecf@chapter13trusteewdpa.com

TOTAL: 7