IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Michael J. Szudarek | : | Case No. 21-21330-CMB |
| | : | Chapter 13 |
| Debtor(s) | : | |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | Related to Document |
| | : | |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| | : | |
| Michael J. Szudarek | : | |
| | : | Hearing Date |
| Respondent(s) | : | |

### WITHDRAWAL OF MOTION TO COMPEL DEBTOR(S) TO PROVIDE AFFIDAVIT OR OTHER SWORN STATEMENT REVEALING ORIGIN OF NON-SPECIFIC LUMP SUM PAYMENT AND ADDITIONAL INFORMATION

The Motion to Compel that was filed in the above-referenced case on July 22, 2022 (document #52) is hereby WITHDRAWN. The hearing scheduled for August 23, 2022 is cancelled.

                                                  Respectfully submitted

8/4/2022

/s/ Owen W. Katz
Owen W. Katz, PA I.D. 36473
Attorney for Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
Email: okatz@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Michael J. Szudarek                              :    Case No. 21-21330-CMB
                                                 :    Chapter 13
            Debtor(s)                            :
                                                 :
Ronda J. Winnecour, Chapter 13                   :    Related to Document
Trustee                                          :
            Movant(s)                            :
                                                 :
            vs.                                  :
                                                 :
Michael J. Szudarek                              :
                                                 :    Hearing Date
            Respondent(s)                        :

CERTIFICATE OF SERVICE

     I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Michael J. Szudarek
4523 Zane Place
Pittsburgh, PA  15214

Kenneth Steidl, Esquire
Steidl & Steinberg
707 Grant Street, Suite 2830
Pittsburgh, PA 15219


8/4/2022                                         /s/ Rosa M. Richard
Date                                             Office of the Chapter 13 Trustee
                                                 US Steel Tower – Suite 3250
                                                 600 Grant Street
                                                 Pittsburgh, PA  15219
                                                 (412) 471-5566