**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICHAEL J. SZUDAREK<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:21-21330<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/04/2021 and confirmed on 08/24/2021 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | | | |
|---|---|---|---|---|
| Total Receipts | | | | 23,200.00 |
| Less Refunds to Debtor | | 4.99 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 23,195.01 |
| | | | | |
| Administrative Fees | | | | |
| Filing Fee | | 0.00 | | |
| Notice Fee | | 0.00 | | |
| Attorney Fee | | 2,319.14 | | |
| Trustee Fee | | 589.20 | | |
| Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 2,908.34 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| QUICKEN LOANS LLC | 0.00 | 18,637.85 | 0.00 | 18,637.85 |
| Acct: 4656 | | | | |
| QUICKEN LOANS LLC | 3,554.12 | 0.00 | 0.00 | 0.00 |
| Acct: 4656 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 16,637.93 | 0.00 | 0.00 | 0.00 |
| Acct: 0036 | | | | |
| TOWNSHIP OF ROSS - SEWAGE | 2,775.26 | 0.00 | 0.00 | 0.00 |
| Acct: B252 | | | | |
| TOWNSHIP OF ROSS - SEWAGE | 668.08 | 0.00 | 0.00 | 0.00 |
| Acct: B252 | | | | |
| CAPITAL ONE AUTO FINANCE - DIV CAPIT | 7,102.10 | 1,229.86 | 418.96 | 1,648.82 |
| Acct: 7111 | | | | |
| | | | | 20,286.67 |
| Priority | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL J. SZUDAREK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| MICHAEL J. SZUDAREK | 4.99 | 4.99 | 0.00 | 0.00 |
|     Acct: | | | | |
| STEIDL & STEINBERG | 3,400.00 | 2,319.14 | 0.00 | 0.00 |
|     Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 667.69 | 0.00 | 0.00 | 0.00 |
|     Acct: 1227 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AMERICAN EXPRESS NATIONAL BANK-AE | 19,478.18 | 0.00 | 0.00 | 0.00 |
|     Acct: 2006 | | | | |
| AMERICAN EXPRESS TRAVEL RELATED S | 12,346.18 | 0.00 | 0.00 | 0.00 |
|     Acct: 6007 | | | | |
| BANK OF AMERICA NA** | 16,919.65 | 0.00 | 0.00 | 0.00 |
|     Acct: 4470 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 16,886.27 | 0.00 | 0.00 | 0.00 |
|     Acct: 8709 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 6,660.80 | 0.00 | 0.00 | 0.00 |
|     Acct: 6088 | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| DISCOVER BANK(*) | 5,943.44 | 0.00 | 0.00 | 0.00 |
|     Acct: 2889 | | | | |
| BRICKHOUSE OPCO I LLC | 10,221.24 | 0.00 | 0.00 | 0.00 |
|     Acct: 5093 | | | | |
| BRICKHOUSE OPCO I LLC | 5,386.13 | 0.00 | 0.00 | 0.00 |
|     Acct: 5924 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 11,737.09 | 0.00 | 0.00 | 0.00 |
|     Acct: 7548 | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2941 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 788.48 | 0.00 | 0.00 | 0.00 |
|     Acct: 1563 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 7,605.96 | 0.00 | 0.00 | 0.00 |
|     Acct: 0452 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 5,374.52 | 0.00 | 0.00 | 0.00 |
|     Acct: 9555 | | | | |
| SYNCHRONY BANK | 6,049.88 | 0.00 | 0.00 | 0.00 |
|     Acct: 4287 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 12,869.91 | 0.00 | 0.00 | 0.00 |
|     Acct: 3376 | | | | |
| TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8196 | | | | |
| US BANK NA** | 9,409.79 | 0.00 | 0.00 | 0.00 |
|     Acct: 4662 | | | | |
| WASTE MANAGEMENT* (PMT) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 446.38 | 0.00 | 0.00 | 0.00 |
|     Acct: 1227 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 494.97 | 0.00 | 0.00 | 0.00 |
|     Acct: 3032 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1563 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| AMERICAN EXPRESS NATIONAL BANK-AE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 21-21330 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    APOTHAKER SCIAN PC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    ALLTRAN FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    PATENAUDE AND FELIX APC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |

***N O N E ***

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 20,286.67 |

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 667.69 |
| SECURED | 30,737.49 |
| UNSECURED | 148.618.87 |

Date: 12/08/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com